UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD ROBERT LICHWICK, JR.,<br><br>                    Plaintiff,<br>        - against -<br>VERIZON,<br><br>                    Defendant. | 08 CIV 3892 (SCR)<br>(ECF) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in the above-captioned case for Defendant Verizon.  I certify that I am admitted to practice in this Court.

    Respectfully submitted,

/s/ Vicki R. Walcott-Edim
Vicki R. Walcott-Edim (VW-1223)
JONES DAY
222 East 41st Street
New York, NY 10017-6702
212-326-3939

Dated:  May 21, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2008, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties:

>Michael H. Sussman, Esq.
>SUSSMAN & WATKINS
>P.O. Box 1005
>Goshen, NY 10924
>(845) 294-3991
>
>*Attorney for Plaintiff*

>/s/ Vicki R. Walcott-Edim
>Vicki R. Walcott-Edim (VW-1223)
>JONES DAY
>222 East 41st Street
>New York, NY 10017-6702
>(212) 326-3939