UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD ROBERT LICHWICK, JR.,

      Plaintiff,

 - against -

VERIZON,

      Defendant.

08 CIV 3892 (SCR)
(ECF)

## STIPULATION TO EXTEND TIME TO ANSWER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby agree and stipulate to extend the time for Defendant to answer, move upon, or otherwise respond to Plaintiff's complaint in the above-captioned action from June 2, 2008 to June 23, 2008. There have not been any previous requests for extensions by either party in this action, this extension will not result in the continuance of any hearing, conference or trial, and it has been consented to by counsel for both parties in this action.

Dated: New York, New York
   May 21, 2008

SUSSMAN & WATKINS

By: _____
Michael H. Sussman (MS-3497)
P.O. Box 1005
Goshen, NY 10924
(845) 294-3991

Attorneys for Plaintiff

JONES DAY

By: _____
Vicki Walcott-Edim (VW-1223)
222 East 41st Street
New York, NY 10017-6702
(212) 326-3939

Attorneys for Defendant

IT IS SO ORDERED.

Dated: May 27, 2008

_____
Judge Stephen C. Robinson, U.S.D.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____