*LMS*
*Robinson, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD ROBERT LICHWICK, JR.,

                Plaintiff,

- against -

VERIZON,

                Defendant.

08 CIV 3892 (SCR)
(ECF)

### SECOND STIPULATION TO EXTEND TIME TO ANSWER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby agree and stipulate to extend the time for Defendant to answer, move upon, or otherwise respond to Plaintiff's complaint in the above-captioned action from June 23, 2008 to July 7, 2008. Defendant previously requested one extension of time in this action, and this extension will not result in the continuance of any hearing, conference or trial, and it has been consented to by counsel for both parties in this action.

Dated: New York, New York
         June 19, 2008

SUSSMAN & WATKINS

By: _____ (by V.
Michael H. Sussman (MS-3497)  Walcott-Edim
P.O. Box 1005                 with consent)
Goshen, NY 10924
(845) 294-3991

Attorneys for Plaintiff

JONES DAY

By: _____
Vicki Walcott-Edim (VW-1223)
222 East 41st Street
New York, NY 10017-6702
(212) 326-3939

Attorneys for Defendant

IT IS SO ORDERED.

Dated: __July 1__, 2008

_____
Judge Stephen C. Robinson, U.S.D.C.