UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD ROBERT LICHWICK, JR.,

                Plaintiff,

- against -

VERIZON,

                Defendant.

08 CIV 3892 (SCR)

(ECF)

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant states that Verizon Pennsylvania, Inc. (formerly known as "Bell Atlantic – Pennsylvania, Inc." and "The Bell Telephone Company of Pennsylvania"), improperly pled and named as Verizon, is a private corporation organized under the laws of the state of Delaware.

Verizon Pennsylvania's primary address is 1717 Arch Street, Philadelphia, Pennsylvania 19103.

Verizon Pennsylvania, Inc. discloses that it is a wholly-owned indirect subsidiary of Verizon Communications, Inc., whose stock is publicly traded.

NYI-4097619

Dated: July 7, 2008

                                            Respectfully submitted,

                                            JONES DAY


                                            /s/ Vicki R. Walcott-Edim
                                            Vicki R. Walcott-Edim (VW-1223)
                                            222 East 41st Street
                                            New York, NY  10017
                                            (212) 326-3939

                                            Thomas M. Beck (TB-9243)
                                            51 Louisiana Avenue, N.W.
                                            Washington, DC  20001
                                            (202) 879-3939
                                            *Attorneys for Defendant*
                                            *pro hac vice pending*

NYI-4097619

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2008, the foregoing Rule 7.1 Statement was filed with the Clerk of the Court and served via overnight delivery in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon:

>Michael H. Sussman, Esq.
>SUSSMAN & WATKINS
>40 Park Place
>Goshen, New York  10924
>(845) 294-3991
>
>*Attorney for Plaintiff*

>/s/ Vicki R. Walcott-Edim
>Vicki R. Walcott-Edim (VW 1223)
>Jones Day
>222 East 41st Street
>New York, NY 10017-6702
>vwalcottedim@jonesday.com
>(212) 326-3939

NYI-4097619