# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702
TELEPHONE: 212-326-3939 • FACSIMILE: 212-755-7306

Direct Number: (212) 326-3975
vwalcottedim@jonesday.com

JP000278:vw
199977-601202

August 15, 2008

BY FAX (914) 390-4179

The Honorable Stephen C. Robinson
United States District Court for the
 Southern District of New York
300 Quarropas Street, Room 633
White Plains, NY 10601

**MEMO ENDORSED**

Re: *Edward Robert Lichwick, Jr. v. Verizon*, 08 Civ. 3892 (S.D.N.Y.)

Dear Judge Robinson:

Pursuant to Rules I.C and I.E of this Court's Individual Practices, I write to the Court regarding an extension of time. I have requested and Michael Sussman, Plaintiff's counsel, has consented to extend the briefing schedule to allow Defendant to file its reply submission, currently due today, with the Court by Friday, August 29, 2008. Defendant has requested two extensions in connection with its initial response to Plaintiff's complaint.

Respectfully,

Vicki R. Walcott-Edim

cc: Michael H. Sussman, Esq. (sent simultaneously via fax)
    Thomas M. Beck, Esq. (sent simultaneously via fax)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

APPLICATION GRANTED

Stephen C Robinson

HON. STEPHEN C. ROBINSION

8/15/08

NYI-4114065v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON