*Robinson, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD ROBERT LICHWICK, JR.,

    Plaintiff,

-against-

VERIZON,

    Defendant.

08 CIV 3892(SCR)

(ECF)

*Paid $25.00 fee E651164*

## [PROPOSED] ORDER
## GRANTING ADMISSION TO PRACTICE PRO HAC VICE

AND NOW, having considered Defendant's request for pro hac vice admission of Thomas M. Beck pursuant to Local Rule 1.3(c), IT IS HEREBY ORDERED that said request is GRANTED. The admitted attorney, Thomas M. Beck, is permitted to appear and practice before this Court in the above-captioned case for purposes of representing Defendant Verizon.

All attorneys admitted to practice pro hac vice are required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fees.

This Order confirms the appearance of Thomas M. Beck as counsel for Defendant in this case, and it will be entered on the Court's docket. A notation of the admission pro hac vice for the above-listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

NYI-4091793

Dated: White Plains, New York
       August 26, 2008

SO ORDERED:

*[signature]*

Honorable Judge Stephen C. Robinson
United States District Judge